O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LINK #54

CIVIL MINUTES - GENERAL

| Case No. | CV 07-3423-PSG | Date | October 2, 2008 |
|---|---|---|---|
| Title | Delman v. GEP Gencast | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):	Attorneys Present for Defendant(s):

Not Present	Not Present

**Proceedings:**     **(In Chambers)**

I.    BACKGROUND

On September 15, 2008, David Delman ("Plaintiff"), appearing *pro se*, filed an application for waiver of United States Marshals Service Fee. For the reasons that follow, this Court DENIES Plaintiff's application.

II.    DISCUSSION

As an initial matter, this Court notes that Plaintiff's reliance on California Rules of Court Rule 3.52(a) is misplaced. Where, as here, a rule is a matter of procedure governed by the Constitution or by federal statute, state law is inapplicable. *See Erie R.R. v. Tompkins*, 304 U.S. 64, 82 L. Ed. 1188, 58 S. Ct. 817 (1938); 28 U.S.C. § 1652.

This Court also notes that the federal courts are well-familiar with this particular case. In fact, barely more than a year ago Plaintiff filed a substantially similar action in the Central District of California. That action was assigned to Judge Stotler who, among other things, denied Plaintiff's request for leave to file action without prepayment of filing fee on the ground that Plaintiff's complaint was "[l]egally and/or factually patently frivolous." *See Delman v. Enterm't Partners Group, Inc.*, No. 07-2876 (C.D. Cal. May 18, 2007).

Importantly, the foundation of the complaint at hand is in fact the same complaint Judge Stotler found to be "[l]egally and/or factually patently frivolous." Just as Plaintiff's request was denied there, it is denied here.

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**LINK #54**

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-3423-PSG | Date | October 2, 2008 |
|---|---|---|---|
| Title | Delman v. GEP Gencast | | |

III. <u>CONCLUSION</u>

Plaintiff's application is DENIED.

**IT IS SO ORDERED.**